THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAZARO SILVA, Appellant. [951 NYS2d 675]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Andrias, J.P., Friedman, Moskowitz, Freedman and Manzanet-Daniels, JJ.